# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 10-2970

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Northern District of Iowa. |
| | * | |
| David Dean Snider, Jr., | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 27, 2010
Filed: December 29, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

David Snider, Jr., challenges the sentence imposed by the district court[1] after he pled guilty to a drug offense. On appeal, his counsel has moved to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that Snider's 240-month prison sentence is unreasonable.

_____

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

We review the imposition of a sentence under an abuse-of-discretion standard considering the substantive reasonableness of the sentence under the totality of the circumstances. *See United States v. Feemster*, 572 F.3d 455, 461(8th Cir. 2009) (en banc). We find no abuse of discretion. The sentence is not substantively unreasonable. *See United States v. Berni*, 439 F.3d 990, 992-93 (8th Cir. 2006) (per curiam) (reviewing sentence involving § 5K1.1 downward departure for reasonableness using abuse-of-discretion standard).

We reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75 (1988), and found no nonfrivolous issues for appeal. We affirm the judgment of the district court, and grant counsel's motion to withdraw, subject to counsel informing Snider about procedures for seeking rehearing or filing a petition for certiorari.

_____